FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS, LLC, | No. 1:21-CV-03045-SAB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SAGE FRUIT COMPANY, LLC, | |
| Defendant. | |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice, ECF No. 6. Plaintiff states that it is voluntarily dismissing the action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

1    Accordingly, **IT IS HEREBY ORDERED:**

2        1.    The above-captioned matter is **DISMISSED without prejudice**.

3    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

4  this Order, provide copies to counsel, and **close** the file.

5        **DATED** this 28th day of April 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**